STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 19 2000

at 10 o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MANUITA TOAIVA,<br>a.k.a. MIKE TOAIVA,<br>a.k.a. SHAWN SIVAO,<br><br>Defendant. | CR. NO. CR00-00301 DAE<br><br>INDICTMENT<br><br>21 U.S.C. § 860(a) |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about July 5, 2000, within the District of
Hawaii, MANUITA TOAIVA, a.k.a. MIKE TOAIVA and SHAWN SIVAO, did
knowingly and intentionally possess with intent to distribute and
distribute 0.107 grams of cocaine base, a Schedule II controlled
substance, in and on, and within one thousand (1,000) feet of the
real property comprising a playground, to wit: Aala Park.

In violation of Title 21, United States Code, Section 860(a).

## COUNT 2

The Grand Jury further charges that:

On or about July 5, 2000, within the District of Hawaii, MANUITA TOAIVA, a.k.a. MIKE TOAIVA and SHAWN SIVAO, did knowingly and intentionally  possess with intent to distribute and distribute 0.117 grams of cocaine base, a Schedule II controlled substance, in and on, and within one thousand (1,000) feet of the real property comprising a playground, to wit: Aala Park.

In violation of Title 21, United States Code, Section 860(a).

DATED: _____July 19_____, 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney

United States v. Manuita Toaiva, aka Mike Toaiva and Shawn Sivao
"Indictment"