ORIGINAL

# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 19 2003

at ___ o'clock and ___ min ___ M
WALTER A.Y.H. CHINN, CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **MANUITA TOAIVA, aka Mike Toaiva and Shawn Sivao** | (For Offenses committed on or after November 1, 1987) |
| (Defendant's Name) | Criminal Number: 1:00CR00301-001 |
| | Noah Fiddler, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) Special Condition No. 5; Special Condition No. 1; and Standard Condition No. 6. of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **None**

Defendant's Date of Birth: 6/29/1979

Defendant's USM No.: 87734-022

Defendant's Residence Address:
**None**

Defendant's Mailing Address:
**None**

December 8, 2003
Date of Imposition of Sentence

/s/ Signature of Judicial Officer

**DAVID ALAN EZRA**, Chief United States District Judge
Name & Title of Judicial Officer

Dec. 19, 2003
Date

AO 245 D (Rev. 3/95) Judgment in a Crim. Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 1:00CR00301-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | MANUITA TOAIVA, aka Mike Toaiva and Shawn Sivao | |

### ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Defendant failed to serve 6 months community confinement | 10/31/2003 |
| 2 | Defendant consumed alcohol | 10/31/2003 |
| 3 | Defendant failed to report his change of residence | |

AO 245B (Rev. 8/96) Sheet 2 - Imprisonm

| | |
|---|---|
| CASE NUMBER: | 1:00CR00301-001 |
| DEFENDANT: | MANUITA TOAIVA, aka Mike Toaiva and Shawn Sivao |

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  32 MONTHS .

[✓]  The court makes the following recommendations to the Bureau of Prisons:
Sheridan, OR. Educational and Vocational training. Drug treatment. Mental health treatment.

[✓]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.


UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal